UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
SHAOQI HAUTER,                                    :
                                                  :
                          Plaintiff,              :        **ECF CASE**
                                                  :
            v.                                    :
                                                  :        07 Civ. 8618 (RJH)
ANDREA QUARANTILLO, et al.                        :
                                                  :
                          Defendants.             :        NOTICE OF APPEARANCE
-------------------------------------------------------- x

TO:     Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
        October 16, 2007

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York

                        By:     /s/_____
                                DAVID BOBER
                                Assistant United States Attorney
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Telephone: (212) 637-2718
                                Facsimile: (212) 637-2786
                                Email: david.bober@usdoj.gov

To:     Donald H. London, Esq.
        984 North Broadway, Suite 401
        Yonkers, NY 10701