MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHAOQI HAUTER,

                Plaintiff,

           -v.-

ANDREA QUARANTILLO, et al.,

                Defendants.
------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

07 Civ. 8618 (RJH)

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
       December ___, 2007

By: _____
Donald H. London, Esq.
Attorney for Plaintiff
984 N. Broadway, Suite 401
Yonkers, NY 10701
Tel. No.: (914) 965-7230

Dated: New York, New York
       December ___, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ORDERED:

_____
HON. RICHARD J. HOLWELL
United States District Judge
12/11/07